# EXHIBIT 2

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| SUFFOLK, ss | SUPERIOR COURT DEPARTMENT<br>CIVIL ACTION NO. 2184-CV-02156 |

ANNA FEDER,

      Plaintiff,

v.

EMERSON COLLEGE and BROOKE KNIGHT,

      Defendants.

## NOTICE OF FILING OF NOTICE OF REMOVAL

To:    Civil Clerk's Office
        Suffolk County Superior Court
        3 Pemberton Square
        Boston, MA 02108

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Suffolk County Superior Court has been duly filed in the United States District Court for the District of Massachusetts. Attached hereto is a copy of that Notice of Removal.

                Respectfully submitted,

                Defendants,
                EMERSON COLLEGE, ET. AL.,

                By their attorneys,

                */s/ Keerthi Sugumaran*
                Douglas J. Hoffman, BBO #640472
                Keerthi Sugumaran, BBO #682822
                JACKSON LEWIS P.C.
                75 Park Plaza, 4th Floor
                Boston, MA 02116
                TELE: (617) 367-0025
                FACSIMILE: (617) 367-2155
                douglas.hoffman@jacksonlewis.com
                keerthi.sugumaran@jacksonlewis.com

DATED: October 18, 2021

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of October 2021, that a copy of the foregoing document was served upon counsel for the Plaintiff, Matthew J. Fogelman, Esq., Fogelman Law LLC, 189 Wells Avenue, Newton, MA 02459 (mjf@fogelmanlawfirm.com) via email and first class mail, postage prepaid.

                                                        */s/ Keerthi Sugumaran*
                                                        JACKSON LEWIS P.C.

4827-4564-0445, v. 1