UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER,  )<br>   Plaintiff  )<br>  )<br>v.  )<br>  )<br>EMERSON COLLEGE, and  )<br>BROOKE KNIGHT,  )<br>  )<br>   Defendants  )<br>  ) | Civil Action No: 1:21-CV-11687-IT |

**NOTICE OF APPEARANCE OF DOUGLAS J. HOFFMAN**

Please enter the appearance of Douglas J. Hoffman of Jackson Lewis P.C. on behalf of Defendants Emerson College and Brooke Knight in the above-captioned matter.

Respectfully submitted,

DEFENDANTS,
By their attorneys,

/s/ Douglas J. Hoffman
Douglas J. Hoffman, BBO #640472
Keerthi Sugumaran, BBO #682822
Jackson Lewis P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025
(617) 367-2155 (fax)
Douglas.hoffman@jacksonlewis.com
Keerthi.sugumaran@jacksonlewis.com

Dated:  October 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of October 2021, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

/s/ Douglas J. Hoffman
Jackson Lewis P.C.

4822-5608-2687, v. 1