UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER,<br>　　　Plaintiff<br><br>v.<br><br>EMERSON COLLEGE, and<br>BROOKE KNIGHT,<br><br>　　　Defendants | )<br>)<br>)<br>)<br>) Civil Action No: 1:21-CV-11687-IT<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO THE COMPLAINT**

Emerson College and Brooke Knight ("Defendants") hereby submit to this motion on an assented-to basis to request an extension of time to answer or otherwise respond to the Complaint filed by Ann Feder ("Plaintiff") in the above-captioned matter, up to and including December 27, 2021, for the purpose of allowing the parties to attempt resolution through mediation.

Plaintiff assents to this motion.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　DEFENDANTS,
　　　　　　　　　　　　　　　　　　　By their attorneys,

　　　　　　　　　　　　　　　　　　　/s/ Keerthi Sugumaran
　　　　　　　　　　　　　　　　　　　Douglas J. Hoffman, BBO #640472
　　　　　　　　　　　　　　　　　　　Keerthi Sugumaran, BBO #682822
　　　　　　　　　　　　　　　　　　　Jackson Lewis P.C.
　　　　　　　　　　　　　　　　　　　75 Park Plaza, 4th Floor
　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　(617) 367-0025
　　　　　　　　　　　　　　　　　　　(617) 367-2155 (fax)
Dated:　October 25, 2021　　　　　　Douglas.hoffman@jacksonlewis.com
　　　　　　　　　　　　　　　　　　　Keerthi.sugumaran@jacksonlewis.com

Assented to by:

ANNA FEDER

By her attorney,

*/s/ Matthew J. Fogelman*
Matthew J. Fogelman (BBO# 653916)
mjf@fogelmanlawfirm.com
Fogelman Law
189 Wells Avenue
Newton, MA  02459
P.  617-559-1530

Dated: October 25, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2021, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

/s/ Keerthi Sugumaran
Jackson Lewis P.C.

4884-3782-8864, v. 1