UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER,  )<br>    Plaintiff  )<br>  )<br>v.  )<br>  )<br>EMERSON COLLEGE, and  )<br>BROOKE KNIGHT,  )<br>  )<br>    Defendants  )<br>  ) | Civil Action No: 1:21-CV-11687-IT |

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

Plaintiff Anna Feder and Defendants Emerson College and Brooke Knight (collectively, the "Parties") hereby submit this Joint Motion to Continue the Initial Scheduling Conference in this matter. As grounds for this motion,

1. The scheduling conference is currently scheduled to take place on January 10, 2022.

2. The Parties are scheduled to mediate this case before Judge Ryan (JAMS) on January 25, 2022.

3. The Parties believe it would be mutually beneficial to continue the scheduling conference until after the Parties have a chance to complete the January 25, 2022 mediation.

WHEREFORE, the Parties respectfully request that the Scheduling Conference in this matter be continued from January 10, 2022 to a date that is convenient for the Court and that takes place after the January 25, 2022 mediation.

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

The undersigned hereby certifies that counsel have conferred and that they agree to the relief sought in this motion.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |

*/s/ Matthew J. Fogelman*
Matthew J. Fogelman (BBO# 653916)
mjf@fogelmanlawfirm.com
Fogelman Law
189 Wells Avenue
Newton, MA  02459
P.  617-559-1530

*/s/ Keerthi Sugumaran*
Douglas J. Hoffman, BBO #640472
Keerthi Sugumaran, BBO #682822
JACKSON LEWIS P.C.
75 Park Plaza, 4th Floor
Boston, MA 02116
TELE: (617) 367-0025
FACSIMILE: (617) 367-2155
Douglas.hoffman@jacksonlewis.com
Keerthi.Sugumaran@jacksonlewis.com

Dated:  December 21, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2021, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

/s/ Keerthi Sugumaran
Jackson Lewis P.C.

4890-0576-1031, v. 1