UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>EMERSON COLLEGE, and )<br>BROOKE KNIGHT, )<br>)<br>    Defendants )<br>) | Civil Action No: 1:21-CV-11687-IT |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.1, and the Court's Notice of Scheduling Conference, counsel for Plaintiff Anna Feder and Defendants Emerson College and Brooke Knight submit this Joint Statement to certify that they have conferred about: the nature and basis of their claims and defenses, preparing an agenda for matters to be discussed at the scheduling conference and preparing a proposed pretrial schedule for the case including a plan for discovery. Counsel for the parties agree to the following deadlines.

**(1)**     **Proposed Pretrial Schedule and Discovery Plan**

The parties agree and request that the Court approve the following proposed Pretrial Schedule and Discovery Plan:

**Proposed Pretrial Schedule and Discovery Plan**

| | |
|---|---|
| February 28, 2022 | Deadline for exchange of Initial Disclosures required by Fed. R. Civ. P. 26(a)(1). |
| May 25, 2022 | Deadline for service of written discovery, including requests for production of documents, requests for admissions and interrogatories. |
| November 30, 2022 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and fact witness depositions. |

| | |
|---|---|
| January 13, 2023 | Deadline for filing dispositive motions, if any party determines that such a motion is appropriate. |
| February 6, 2023 | Deadline for filing opposition to motion for summary judgment, if any. |
| March 31, 2023 (or 30 days after Court's ruling on a dispositive motion; whichever is later) | Plaintiff to disclose her expert(s) and expert report(s), if any. |
| April 30, 2023 (or 30 days after Plaintiff's expert disclosures; whichever is later) | Defendants to disclose their expert(s) and expert report(s), if any. |
| May 30, 2023 (or 30 days after Defendants' expert disclosures; whichever is later) | Depositions of Plaintiff's and Defendants' experts to be completed, if any. |
| To Be Determined By The Court | Trial. |

The parties understand and agree that this discovery schedule and pretrial schedule assumes the cooperation of the parties, all third-party witnesses, and expert witnesses. In addition, the parties agree that requests for additional time for discovery may be made and shall be reasonably agreed to in the event of delays occasioned by discovery disputes requiring a decision by the Court, and/or the unavailability of fact or expert witnesses due to vacation or work schedules.

**(2)** **Local Rule 16.1(d)(3) Certifications**

Each party will submit under separate cover the certification required by Local Rule 16.1(d)(3).

WHEREFORE, the parties respectfully request that this Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| */s/ Matthew J. Fogelman* | */s/ Keerthi Sugumaran* |
| Matthew J. Fogelman, BBO# 653916 | Douglas J. Hoffman, BBO #640472 |
| mjf@fogelmanlawfirm.com | Keerthi Sugumaran, BBO #682822 |
| Fogelman Law | JACKSON LEWIS P.C. |
| 189 Wells Avenue | 75 Park Plaza, 4th Floor |
| Newton, MA  02459 | Boston, MA 02116 |
| (617) 559-1530 (p) | (617) 367-0025 (p) |
| | Douglas.hoffman@jacksonlewis.com |
| | Keerthi.Sugumaran@jacksonlewis.com |

Dated:  January 24, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2022, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

*/s/ Keerthi Sugumaran*
Jackson Lewis P.C.

4869-0492-2634, v. 2