UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANNA FEDER

       Plaintiff,

v.

EMERSON COLLEGE et. al.,

       Defendants.

**CIVIL ACTION NO.** 1:21-cv-11687-IT

## **JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties hereby move to continue the Status Conference slated for January 31, 2022 at 2:45 P.M.

1. The parties participated in a mediation last week with Ret. Hon. James Ryan, and settlement discussions continue.
2. In light of the ongoing discussions, the parties believe that a continuance of the Court conference will allow the parties to continue to explore settlement.
3. The parties can report back to the Court in two weeks to advise the Court whether a settlement has been reached or whether the conference needs to be re-scheduled.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| By her Attorney, | EMERSON COLLEGE, ET. AL., |
| */s/ Matthew J. Fogelman* <br> Matthew J. Fogelman (BBO # 653916) <br> **FOGELMAN LAW, LLC** <br> 189 Wells Avenue <br> Newton, MA 02459 <br> 617-559-1530 <br> mjf@fogelmanlawfirm.com | By their attorneys, <br> */s/ Keerthi Sugumaran* <br> Douglas J. Hoffman, BBO #640472 <br> Keerthi Sugumaran, BBO #682822 <br> JACKSON LEWIS P.C. <br> 75 Park Plaza, 4th Floor <br> Boston, MA 02116 <br> TELE: (617) 367-0025 <br> FACSIMILE: (617) 367-2155 <br> douglas.hoffman@jacksonlewis.com <br> keerthi.sugumaran@jacksonlewis.com |

## **Local Rule 7.1 Certificate**

This motion is filed jointly on behalf of Plaintiffs and Defendant.

*/s/ Matthew J. Fogelman*
Matthew J. Fogelman (BBO # 653916)

## **CERTIFICATE OF SERVICE**

I, Matthew J. Fogelman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Matthew J. Fogelman*
Matthew J. Fogelman

**JANUARY 31, 2022**