UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER,<br>  Plaintiff<br><br>v.<br><br>EMERSON COLLEGE, and<br>BROOKE KNIGHT,<br><br>  Defendants | )<br>)<br>)<br>)<br>) Civil Action No: 1:21-CV-11687-IT<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 31, 2022, Plaintiff Anna Feder, and Defendants Emerson College and Brooke Knight (the "Parties") report as follows:

Following mediation, the Parties have conducted further settlement discussions, both via email and by web conference. The Parties have exchanged proposals, have made progress toward an agreement, and are continuing to discuss settlement.

So that the Parties can continue these discussions without incurring litigation costs, the Parties propose that they submit an additional status report no later than Friday, February 25th, or sooner if the parties either reach a settlement or if the Parties decide that further discussions will not be fruitful.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| */s/ Matthew J. Fogelman* | */s/ Douglas J. Hoffman* |
| Matthew J. Fogelman, BBO# 653916 | Douglas J. Hoffman, BBO #640472 |
| mjf@fogelmanlawfirm.com | Keerthi Sugumaran, BBO #682822 |
| Fogelman Law | JACKSON LEWIS P.C. |
| 189 Wells Avenue | 75 Park Plaza, 4th Floor |
| Newton, MA  02459 | Boston, MA 02116 |
| (617) 559-1530 (p) | (617) 367-0025 (p) |
| | Douglas.hoffman@jacksonlewis.com |
| | Keerthi.Sugumaran@jacksonlewis.com |

Dated: February 16, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February 2022, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

*/s/ Douglas J. Hoffman*
Jackson Lewis P.C.

4864-5258-3695, v. 1