UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER,        Plaintiff | ) ) ) |
| v. | ) ) ) |
| EMERSON COLLEGE, and BROOKE KNIGHT,        Defendants | ) ) ) ) ) |

Civil Action No: 1:21-CV-11687-IT

## JOINT STATUS REPORT

Pursuant to the Court's Orders dated February 28, 2022 and March 1, 2022, Plaintiff Anna Feder, and Defendants Emerson College and Brooke Knight (the "Parties") report as follows:

Following mediation, the Parties have conducted further settlement discussions, including regular communications via email and by web conference. The Parties have exchanged multiple proposals, have made substantial progress toward an agreement, and are continuing to discuss settlement in good faith.

So that the Parties can continue these discussions without incurring litigation costs, the Parties propose that they submit an additional status report no later than Friday, March 18th, or sooner if the parties either reach a settlement or if the Parties decide that further discussions will not be fruitful.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| */s/ Matthew J. Fogelman* | */s/ Keerthi Sugumaran* |
| Matthew J. Fogelman, BBO# 653916 | Douglas J. Hoffman, BBO #640472 |
| mjf@fogelmanlawfirm.com | Keerthi Sugumaran, BBO #682822 |
| Fogelman Law | JACKSON LEWIS P.C. |
| 189 Wells Avenue | 75 Park Plaza, 4th Floor |
| Newton, MA 02459 | Boston, MA 02116 |
| (617) 559-1530 (p) | (617) 367-0025 (p) |
| | Douglas.hoffman@jacksonlewis.com |
| | Keerthi.Sugumaran@jacksonlewis.com |

Dated: March 2, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2022, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

*/s/ Keerthi Sugumaran*
Jackson Lewis P.C.

4862-2130-3314, v. 2