UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANNA FEDER,<br>　　　Plaintiff<br><br>v.<br><br>EMERSON COLLEGE, and<br>BROOKE KNIGHT,<br><br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: 1:21-CV-11687-IT |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated March 4, 2022, Plaintiff Anna Feder, and Defendants Emerson College and Brooke Knight (the "Parties") report as follows:

The Parties have reached an agreement in principle to resolve Plaintiff's claims. The Parties are diligently working on finalizing and executing a formal settlement agreement and anticipate filing a Stipulation of Dismissal shortly thereafter.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| */s/ Matthew J. Fogelman* | */s/ Keerthi Sugumaran* |
| Matthew J. Fogelman, BBO# 653916<br>mjf@fogelmanlawfirm.com<br>Fogelman Law<br>189 Wells Avenue<br>Newton, MA  02459<br>(617) 559-1530 (p) | Douglas J. Hoffman, BBO #640472<br>Keerthi Sugumaran, BBO #682822<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025 (p)<br>Douglas.hoffman@jacksonlewis.com<br>Keerthi.Sugumaran@jacksonlewis.com |

Dated:  March 17, 2022

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of March 2022, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

                                      */s/ Keerthi Sugumaran*
                                      Jackson Lewis P.C.

4872-8844-9558, v. 1