UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANANA FEDER,<br>  Plaintiff<br><br>v.<br><br>EMERSON COLLEGE, and<br>BROOKE KNIGHT,<br><br>  Defendants | Civil Action No: 1:21-CV-11687-IT |

## JOINT STATUS REPORT

The Parties have finalized and executed a formal settlement agreement. Pursuant to the terms of the settlement agreement, the Parties expect to dismiss this action in June 2022. In the interim, the Parties respectfully request that the Court cancel the Initial Scheduling Conference set for April 14, 2022.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| */s/ Matthew J. Fogelman* | */s/ Keerthi Sugumaran* |
| Matthew J. Fogelman, BBO# 653916 | Douglas J. Hoffman, BBO #640472 |
| mjf@fogelmanlawfirm.com | Keerthi Sugumaran, BBO #682822 |
| Fogelman Law | JACKSON LEWIS P.C. |
| 189 Wells Avenue | 75 Park Plaza, 4th Floor |
| Newton, MA  02459 | Boston, MA 02116 |
| (617) 559-1530 (p) | (617) 367-0025 (p) |
| | Douglas.hoffman@jacksonlewis.com |
| | Keerthi.Sugumaran@jacksonlewis.com |

Dated:  April 11, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2022, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

*/s/ Keerthi Sugumaran*
Jackson Lewis P.C.