UNITED STATES DISTIRCT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANNA FEDER,<br>    Plaintiff<br><br>v.<br><br>EMERSON COLLEGE, and<br>BROOKE KNIGHT,<br><br>    Defendants | Civil Action No: 1:21-CV-11687-IT |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action shall be and hereby is dismissed, with prejudice, and without costs or attorneys' fees to any party.

Respectfully submitted,

| PLAINTIFF, | DEFENDANTS, |
|---|---|
| By her attorney, | By their attorneys, |
| */s/ Matthew J. Fogelman*<br>Matthew J. Fogelman, BBO# 653916<br>mjf@fogelmanlawfirm.com<br>Fogelman Law<br>189 Wells Avenue<br>Newton, MA 02459<br>(617) 559-1530 (p) | */s/ Keerthi Sugumaran*<br>Douglas J. Hoffman, BBO #640472<br>Keerthi Sugumaran, BBO #682822<br>JACKSON LEWIS P.C.<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025 (p)<br>Douglas.hoffman@jacksonlewis.com<br>Keerthi.Sugumaran@jacksonlewis.com |

Dated:  June 30, 2022

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 30th day of June 2022, a copy of the above document was served through the Court's electronic filing system upon all counsel of record.

*/s/ Keerthi Sugumaran*
Jackson Lewis P.C.

4859-0751-1591, v. 1